

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00267-CR

Cory J. **SOUTHERN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR7889
Honorable Joey Contreras, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED November 14, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice